WILLIAM J. VERITO v. JULIUS BLUM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH I. GARFUNKEL for an Order Pursuant to Article 78 of the Civil Practice Act against GRACE A. REAVY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SANDFORD LAUNDRY, INC., v. MAX J. SCHNEIDER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CARMELA AMMIRATI and ELSA FURMAN, as Administratrices, etc., of JOHN DURSO, Deceased, v. SUBURBAN FUEL OIL SERVICE, INC., and Others, and LEO TRIDENTI and Another.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 860.] Motion for modification of interlocutory judgment or for reargument denied. Settle order on notice. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCES DIX and LOUIS DIX v. SCOTT STEWART.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of NATIONAL SURETY COMPANY, in Liquidation. Claim of DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA. (Claim No. C. B. 8750.) DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the National Surety Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SHIRLEY BOOTH GARDNER v. ROOSEVELT HOTEL, INC., and PLAZA SERVICE Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM I. PHILLIPS v. MANUFACTURERS TRUST COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay, denied, with ten dollars costs, with leave to defendant-respondent to answer within five days after service of order on payment of said costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GAETANO GENTILE against SOCIETY SAN CATALDO OF THE PROVINCE OF CALTANISETTA, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the respondent to answer the petition within five days after service of order, on payment of said costs and the costs awarded by the order of January 30, 1942. [See ante, p. 868.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.